1   BENJAMIN B. WAGNER
    United States Attorney
2   YOSHINORI H. T. HIMEL #66194
    Assistant United States Attorney
3   Eastern District of California
    501 I Street, Suite 10-100
4   Sacramento, CA  95814-2322
    Telephone:  (916) 554-2760
5   Facsimile:  (916) 554-2900
    email: yoshinori.himel@usdoj.gov
6

7   Attorneys for Petitioner United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          **1:14-cv-01263-LJO-BAM**

12                    Petitioner,       **ORDER TO SHOW CAUSE RE: TAX
                                        SUMMONS ENFORCEMENT**
13         v.

14  ELDO M. KLINGENBERG, JR.            Taxpayer:
                                        **ELDO M. KLINGENBERG, JR.**
15                    Respondent.
                                        **Date:      October 10, 2014**
16                                      **Time:      9:00 a.m.**
                                        **Ctrm:      8, 6th Floor**
17

18

19        Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern

20  District of California, including the verification of Revenue Officer BRIAN R. BEEDIE, and the

21  Exhibits attached thereto, it is hereby:

22        ORDERED that the Respondent, ELDO M. KLINGENBERG, JR., appear before United

23  States Magistrate Judge Barbara A. McAuliffe, in that Magistrate Judge's courtroom in the

24  United States Courthouse, 2500 Tulare Street, Fresno, California, on October 10, 2014, at 9:00

25  a.m., to show cause why the respondent should not be compelled to obey the first Internal

26  Revenue Service summons issued on August 28, 2012.

27        It is further ORDERED that:

28  / / /

ORDER TO SHOW CAUSE RE: TAX SUMMONS                                    1
ENFORCEMENT

1     1.     The United States Magistrate Judge will preside, under 28 U.S.C. Section

2  636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above.  After hearing, the

3  Magistrate Judge intends to submit proposed findings and recommendations under Local Rule

4  304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

5     2.     Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating Internal

6  Revenue Service employee, and all federal employees designated by that employee, to serve

7  process in this case.

8     3.     To afford the respondent an opportunity to respond to the petition and the

9  petitioner an opportunity to reply, a copy of this order, the Verified Petition and its Exhibits, and

10  the Points and Authorities, shall be served by delivering a copy to the respondent personally, or

11  by leaving a copy at the respondent's dwelling house or usual place of abode with some person

12  of suitable age and discretion then residing therein, or by any other means of service permitted

13  by Fed. R. Civ. P. 4(e), within 21 days of the date this order is served upon the United States

14  Attorney, unless such service cannot be made despite reasonable efforts.

15     4.     Proof of any service done under paragraph 3, above, shall be filed with the Clerk

16  as soon as practicable.

17     5.     If the federal employee assigned to serve these documents is not reasonably able

18  to serve the papers as provided in paragraph 3, petitioner may request a court order granting

19  leave to serve by other means.  See Fed. R. Civ. P. 81(a)(5).  The federal employee assigned to

20  serve the documents shall make a certificate detailing the efforts made within the 21-day period

21  to serve the respondent as provided in paragraph 3.

22     6.     The file reflects a prima facie showing that the investigation is conducted pursuant

23  to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information

24  sought is not already within the Commissioner's possession, and that the administrative steps

25  required by the Code have been followed.  See United States v. Powell, 379 U.S. 48, 57-58

26  (1964).  The burden of coming forward therefore has shifted to whoever might oppose

27  enforcement.

28  / / /

ORDER TO SHOW CAUSE RE: TAX SUMMONS
ENFORCEMENT

2

1    7.    If the respondent has any defense or opposition to the petition, such defense or

2  opposition shall be made in writing and filed with the Clerk and a copy served on the United

3  States Attorney at least 10 days before the date set for the show cause hearing.

4    8.    At the show cause hearing, the Magistrate Judge intends to consider the issues

5  properly raised in opposition to enforcement.  Only those issues brought into controversy by the

6  responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation

7  in the petition will be considered admitted.

8    9.    The respondent may notify the Court, in a writing filed with the Clerk and served

9  on the United States Attorney at least 10 days before the date set for the show cause hearing,

10  that the respondent has no objections to enforcement of the summons.  The respondent's

11  appearance at the hearing will then be excused.

12

13  IT IS SO ORDERED.

14    Dated:   **August 15, 2014**              /s/ *Barbara A. McAuliffe*  _

15                                     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE RE: TAX SUMMONS
ENFORCEMENT