BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Petitioner,<br><br>               v.<br><br>ELDO M. KLINGENBERG, JR.,<br><br>                                 Respondent. | 1:14-cv-01263-LJO-BAM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>(Doc. 13) |

The United States petitions for enforcement of an I.R.S. summons issued August 28, 2012, as part of its Revenue Officer's investigation of the respondent to secure information needed to collect assessed Form 1040 income taxes for tax years ending December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2007, and December 31, 2008.  The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to U.S.C. § 636, *et seq.*, and Local Rule 72-302.

On September 5, 2014, the Magistrate Judge ordered Respondent to show cause why the I.R.S. summons issued to him August 28, 2012, should not be enforced.  The Petitioner served Respondent with the Verified Petition, Points and Authorities, and a certified copy of the Order

to Show Cause, in Conformity with Fed. R. Civ. P. 4.  Respondent filed a document titled "No Objection," to the enforcement under paragraph 7 of the order to show cause. He did not appear at the October 10, 2014, hearing before the Magistrate Judge.  On October 17, 2014, the Magistrate Judge filed Findings and Recommendations, finding that the summons enforcement requirements had been satisfied and recommending enforcement of the summons.  The Clerk of Court served Respondent by mail with the Findings and Recommendations on October 17, 2014.

The Findings and Recommendations provided 10 days for the filing of objections. Neither party filed objections.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis, and determines that the summons enforcement is properly granted.

Accordingly, the Court hereby ORDERS:

1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed October 17, 2014, hereby are ADOPTED IN FULL.

2.  The I.R.S. Summons issued to Respondent is hereby ENFORCED.

3.  Respondent, Eldo M. Klingenberg, Jr., is ORDERED to file by mail with Revenue Officer Beedie at his I.R.S. offices at 4825 Coffee Road, Bakersfield, California 93308, an IRS Form 433-A ("Collection Information Statement for Wage Earners and Self-Employed Individuals"), completed and signed under penalty of perjury, with all required attachments, 21 days after the filing date of this summons enforcement order.

4.  Respondent is ORDERED to appear at the United States Attorney's Offices at 123 North San Francisco Street, Suite 410, Flagstaff, Arizona 86001, or at 4825 Coffee Road, Bakersfield, California, before Revenue Officer Beedie or his designated representative, on the thirty-fifth (35th) day after the filing date of the District Judge's summons enforcement order, or on a later date to be set in writing by Revenue Officer Beedie, then and there to be sworn, to give testimony, and to produce for examining and copying any additional books, checks,

records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

    5.    This Court retains jurisdiction of the proceeding to enforce its orders by means of its contempt power.

    6.    THE CLERK SHALL SERVE this and further orders by mail to Eldo M. Klingenberg, Jr., P.O. Box 50695, Parks, AZ 86018.

**SO ORDERED**
**Dated: November 7, 2014**

                      **/s/ Lawrence J. O'Neill**
                      **United States District Judge**