BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2775
Facsimile:  (916) 554-2900
Email:  Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Petitioner,<br><br>  v.<br><br>ELDO M. KLINGENBERG, JR.,<br><br>      Respondent. | **1:14-cv-01263-LJO-BAM**<br><br>**ORDER TO DISMISS AND CLOSE CASE**<br><br>**Taxpayer:**<br>**ELDO M. KLIINGENBERG, JR.** |

  Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 18, this Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

 Dated:  **February 5, 2016**       **/s/ Lawrence J. O'Neill**
                   UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS AND CLOSE CASE  1